UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JUSTIN REYES ET AL**     **CASE NO.  2:23-CV-01782**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**U S A A CASUALTY INSURANCE CO ET AL**     **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM RULING

Before the Court is "Plaintiff's Motion for Partial Summary Judgment on the Issue of Louisiana Tort Law is Applicable Law" (Doc. 55) wherein Plaintiffs, Justin Reyes and Ashley Reyes, through counsel who maintain that they are entitled to judgment as a matter of law that Louisiana tort law is applicable in this matter.  Defendants have not filed an opposition to the Motion and the time for doing so has now lapsed.

## BACKGROUND

The instant matter concerns a dog bite/attack which occurred on December 31, 2022, on the Fort Polk army based located in Vernon Parish, Louisiana. Plaintiff's state court suit was removed to this Court based on federal enclave jurisdiction. Plaintiffs seek general tort damages for their minor son, damages pursuant to Louisiana Civil Code article 2315.6, and loss of consortium.

## LAW AND ANALYSIS

Plaintiffs argue that Louisiana law applies to this case citing *Herrington v. Ashley*, Civil Action 2:17-643, 2020 WL 6707668 ()W.D. La. Nov. 13, 2020) wherein this Court

applied state law to establish quantum on damages. *Id.* at *2. Plaintiffs note that the United States government is not a party in this case.

Plaintiffs also rely on *Chancellor by Chancellor v. Untied States*, 1 F.3d 438 (6th Cir. 1993), in which the Sixth Circuit ruled that the United States could not be held derivatively liable under the Federal Torts Claims Act or be held strictly liable under the state statute because the United States was not the owner of the offending dog. As such, state tort law applied. Additionally, Plaintiffs rely on *Phillips v. United States*, 500 F.Supp.2d 668, 673 (W.D. Tex. 2006), wherein the federal court applied state law for a dog bite that occurred at Army housing. The Court agrees with Plaintiffs that state law applies to this case.

## CONCLUSION

For the reasons explained herein, the Court will grant Plaintiff's Motion for Partial Summary Judgment on the Issue of Louisiana Tort Law is Applicable Law (Doc. 55).

**THUS DONE AND SIGNED** in chambers on this 15th day of January, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**