**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

JUSTIN REYES ET AL                                    CASE NO.  2:23-CV-01782

VERSUS                                                JUDGE JAMES D. CAIN, JR.

U S A A CASUALTY INSURANCE CO ET AL    MAGISTRATE JUDGE LEBLANC

<u>**JUDGMENT**</u>

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary

Judgment for Liability Against Antonio Collazo and Julia Collazo for Dog Attack and No

Fault on Victim, A. R. (Doc. 62),  is **GRANTED** finding the Collazos are strictly liable,

without deciding any allocation of fault as to all of the named Defendants.

**THUS DONE AND SIGNED** in chambers on this 21st day of May, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**